# Third District Court of Appeal

## State of Florida

Opinion filed February 28, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-45
Lower Tribunal No. F02-16018B

_____

**Noel Marrero,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Laura Anne Stuzin, Judge.

McLain Law, P.A., Matthew R. McLain (Longwood), for appellant.

Ashley Moody, Attorney General, and Christina L. Dominguez, Assistant Attorney General, for appellee.

Before MILLER, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.